UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DENNIS HAYO, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-00684-HSG<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND REASSIGNING CASE**<br><br>Re: Dkt. No. 2 |

Plaintiff has applied to proceed in forma pauperis under 28 U.S.C. § 1915. Dkt. No. 2. The Court **GRANTS** the motion to proceed *in forma pauperis*, without prejudice to the Court's consideration of any motion to dismiss. **IT IS FURTHER ORDERED** that the Clerk issue summons, and **IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint and this order upon the defendants.

Further, in light of Plaintiff's consent to magistrate jurisdiction in this case, *see* Dkt. No. 11, the case is reassigned to Chief Judge Spero.

**IT IS SO ORDERED.**

Dated: 3/29/2021

　　　　　　　　　　　　　　　　　*/s/ Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　United States District Judge