UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS HAYO, et al.,<br><br>Defendants. | Case No. 21-cv-00684-JCS<br><br>**ORDER REGARDING SERVICE ON DENNIS HAYO** |

Before this case was reassigned to the undersigned magistrate judge, the Honorable Haywood Gilliam granted Plaintiff Tatyana Drevaleva's application to proceed in forma pauperis and ordered the United States Marshal for the Northern District of California to serve process on Defendants. Dkt. 14.

Defendants the Department of Veterans Affairs Office of Resolution Management, the Department of Veterans Affairs, and the United States have now been served and appeared in the case, represented by the U.S. Attorney's Office for the Northern District of California. Those Defendants recently filed a response to this Court's order for a status report noting that Defendant Dennis Hayo (a federal employee) must be served individually under Rule 4(i)(3) of the Federal Rules of Civil Procedure, that the materials transmitted by the Clerk to the Marshal did not call for service on Hayo individually, and that even if Hayo authorizes the U.S. Attorney's Office to represent him, that office does not anticipate appearing on his behalf until he is served. Dkt. 34.

Pursuant to Judge Gilliam's March 29, 2021 order, the U.S. Marshal is instructed to serve Hayo individually in a manner consistent with all applicable rules. The Clerk shall coordinate with the Marshal to ensure that service is completed.

The Defendants who have appeared are ORDERED to provide the Clerk with an address for service on Hayo no later than May 21, 2021.

**IT IS SO ORDERED.**

Dated: May 13, 2021

JOSEPH C. SPERO
Chief Magistrate Judge