United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA
DREVALEVA,

          Plaintiff,

   v.

DENIS RICHARD MCDONOUGH, et al.,

         Defendants.

Case No. 22-cv-04995-SK

**ORDER OF SUA SPONTE REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Haywood S. Gilliam, Jr. to determine whether it is related to *Drevaleva v. Hayo, et. al*, Case No. 21-cv-00684-HSG.

**IT IS SO ORDERED**.

Dated: September 12, 2022

SALLIE KIM
United States Magistrate Judge